UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-CV-10279-GAO

ANTHONY CLEMENTE,
Petitioner,

v.

STEVEN O'BRIEN,
Respondent.

ORDER
March 10, 2011

O'TOOLE, D.J.

In response to the Court's December 16, 2010 Opinion and Order finding the Ground 16 unexhausted, the petitioner has confirmed that he wishes to voluntarily dismiss that claim. The petitioner's Motion to Dismiss Ground 16 (dkt. no. 19) is GRANTED, and that claim is dismissed. Consequently, the respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies (dkt. no. 9) is DENIED.

The petitioner shall file his brief on the merits of the remaining claims by April 29, 2011; the respondent shall file his brief on the merits by May 27, 2011.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge